UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) MEADOWLANDS PORTFOLIO, LLC.          CIVIL NO. 96-1955(DRD)

v.

Defendant(s) ALFREDO N. AYALA COLON.

RECEIVED AND FILED
00 AUG 24 AM
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

## MOTION

Docket entry no. 17.

Date: July 31, 2000.

Title: MOTION FOR CONSIGNMENT OF MONIES AND REQUEST FOR ORDER.

## ORDER

Plaintiff is to express its position to this Motion within the next ten (10) days.

**IT IS SO ORDERED.**

Date: August 17, 2000.

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**