UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) MEADOWLANDS PORTFOLIO, LLC.     CIVIL NO. 96-1955(DRD)

v.

Defendant(s) ALFREDO N. AYALA COLON.

| MOTION | ORDER |
|---|---|
| Docket entry no. 18. | ☒ GRANTED. |
| Date: AUGUST 14, 2000. | ☐ DENIED. |
| Title: REQUEST FOR ENLARGEMENT OF TIME. | ☐ MOOT. |
| | ☐ NOTED. |
| Granted. The term to file shall expire on October 23, 2000 | |

IT IS SO ORDERED.

Date: ~~AUGUST~~ October 6, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE