UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) MEADOWLANDS PORTFOLIO, LLC.,    CIVIL NO. 96-1955(DRD)

v.

Defendant(s) ALFREDO N. AYALA COLON.

| MOTION | ORDER |
|---|---|
| Docket entries no. 25. | ☒ GRANTED. |
| Date: March 8, 2001. | ☐ DENIED. |
| Title: Motion to Withdraw Funds. | ☐ MOOT. |
|  | ☐ NOTED. |

*Plaintiff may withdraw the 3,000 amount plus interest less costs*

IT IS SO ORDERED.

Date: MARCH  15 , 2001.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE